IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00075-CMA-BNB

ALBERT CLARK,

Plaintiff,

v.

NASH-FINCH COMPANY d/b/a Avanza Supermarket,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **July 10, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 19, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge