IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00075-CMA-BNB

ALBERT CLARK,

    Plaintiff,

v.

NASH FINCH COMPANY,
d/b/a AVANZA SUPERMARKET,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 15).  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and expenses.

DATED:  July   13  , 2009

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge